FILED

William L. McGrann
342 Wycliffe
Irvine, Ca., 92602
Phone: +1(562) 374-3225
Fax: NO FAX
Email: NO EMAIL
(Pro Se' Litigant)

2020 AUG -5 PM 3: 41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____eva_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.: S A C V 2 0 - 0 1 4 4 7 JLS(DFMx)

William Lawrence McGrann

    Plaintiff,

    vs.

Beverly McGrann Walker,  DOES 1-10, inclusive.

    Defendants.

**COMPLAINT FOR DAMAGES**

1.  Violation of Civil Rights (42 U.S.C. §§1986, 1985 et. Seq.)

2.  Violation of Americans with Disabilities Act (42 U.S.C. §§ 12101, 12203 et. Seq.)

3.  Violation of Cal. Civil Code § 49 (Child Abduction)

**DEMAND FOR JURY TRIAL**

## JURISDICTION AND VENUE

1.    Jurisdiction of this court is invoked under 28 U.S.C. § 1343, (1), (2), (3) and (4). This action at law for money damages arises under Title 42 U.S.C. §§ 1986, 1985 and the United States Constitution, the laws of the State of California and common law principles to redress a deprivation of state law of rights, privileges and immunities secured to Plaintiff by said statutes, and by the First, Fourth, and Fourteenth Amendments of the United States Constitution. Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

**SUBJECT MATTER JURISDICTION**

2.      Subject matter jurisdiction is authorized under 28 U.S.C.S. § 1367, Ankenbrandt v. Richards, 504 U.S. 689 (1992) domestic relations exception for torts, and Griffin v. Breckenridge, 403 U.S. 88 (1971) 14th amendment right to equal protection of laws and liberty interests.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

3.      At all times herein mentioned, Plaintiff was resident of the County of Orange, State of California.

4.      Defendant Beverly McGrann Walker (hereinafter referred to as "Beverly Walker") is and at all times herein mentioned has been a private citizen of the United States.

5.      Plaintiff is informed and believes and thereon alleges that each of the Defendants designated as a DOE is intentionally and otherwise responsible in some manner for the events and happenings herein referred to, and thereby proximately caused injuries and damages as herein alleged. The true names and capacities of DOES 1 through 10, inclusive, and each of them, are not now known to Plaintiff who therefore sues said Defendants by such fictitious names.  Plaintiff will amend this Complaint in accordance with FRCP 15 and California Code of Civil Procedure Section 474 to show their true names and capacities when same have been ascertained.

6.     Defendants and each of them, did the acts and omissions hereinafter alleged in willful bad faith and with knowledge that their conduct violated well established law.

### STATEMENT OF FACTS

7.     The incidents complained of began in the City of Seal Beach, California on or about June 2015.  On said date, plaintiff William McGrann was informed and believes and thereon alleges that the defendant, Beverly Walker with the help of his former church, Grace Brethren, had coerced an old girlfriend of his to hide her pregnancy from him.

8.     Apparently, the couple that illegally adopted the Plaintiff's child(s) were very wealthy and they offered his girlfriend's family, an un-wed mother charity, as well as the Defendant a very large bribe to keep things quiet. As well as the money, the plaintiff, William McGrann is informed and believes the defendant, Beverly Walker did this out of hatred for his deceased father and their failed domestic relationship.

9.     When the plaintiff William McGrann learned of this, (in June 2015) he tried to make peace with the defendant Beverly Walker and others. But none would have it. Instead, they harassed him constantly even going so far as to call the police and have him maliciously prosecuted, imprisoned, and then sentenced to mandatory psychiatric counseling.  All of which was purposely designed to make him think he was crazy and delusional.[1]

10.     Fortunately, a good friend told the plaintiff, William McGrann to demand a paternity test. So the Plaintiff did as his friend suggested and the plan to cover up their crime(s) failed.

---

1   The events described in this paragraph took place at the Superior Court of California, Orange County and not Butte County.

11.    Over the last four years, the Plaintiff has been waiting very patiently for people to come and face the truth of the matter.  But that has failed as well. The plaintiff,   William McGrann still gets nothing but lies and more failed attempts to cover up the truth.

12.    Plaintiff, William McGrann at all times wanted to marry his girlfriend that was coerced to give away his child(s).  Further, the Plaintiff at all times wanted to keep possession of his child(s) to raise as his own.

13.    On or about December 21, 2019, the plaintiff, William McGrann telephoned the defendant Beverly Walker to demand a apology and restitution, but got no response.  So the Plaintiff,  then emailed a few of common friends, informing them of the situation and requested their assistance in the matter.  The defendant, Beverly Walker did not like this lawful action by the Plaintiff.  The Defendant then willfully and maliciously filed  a domestic restraining order in Superior Court of California, County of Butte, in direct violation of C.C.P. § 425.16 (see anti SLAPP Annette F. v. Sharon S., 119 Cal. App. 4th 1146 (Cal. Ct. App.2004)).

14.    Plaintiff William McGrann suffers from multiple failed shoulder surgeries, chronic severe pain and major depression corollary to the failed shoulder surgeries, congestive heart failure, and multiple failed hernia mesh surgeries. The Plaintiff is suffering from poverty as a result.  Further, the Plaintiff believes and is informed the defendant, Beverly Walker filed the aforementioned domestic violence restraining order to prejudice and silence the plaintiff, William McGrann in direct violation of his 1st, 4th,  and 14th amendment rights.

15.     Defendants Beverly Walker and Does 1-10 conspired together to write and file knowingly false reports which were reviewed and believed by the Butte County Court of California.

16.     The defendant Beverly Walker filed the aforementioned domestic violence restraining order request (Case number 20FL00029) against the plaintiff, William McGrann on January 7, 2020.  Plaintiff was notified by summons of the filing.  Plaintiff William McGrann denied all allegations in writing and timely filed said response with the  Superior Court of California, County of Butte.  Then, the plaintiff, William McGrann specially appeared by court call, (Motion to Quash) on February 19 and 26, 2020 in which he denied all allegations made by the defendant, Beverly Walker.

17.     Plaintiff is being maliciously prosecuted by the defendant(s) Beverly Walker, and Does 1-10 each of them deliberately and willfully conspired to falsify evidence and make false reports, declarations of which was submitted to the Superior Court of California, County of Butte.

18.     As result of aforesaid wrongful conduct by Defendant(s) each of them, Plaintiff suffered loss of society and companionship with his child(s) and damages in an amount according to proof.

19.     By reason of aforesaid concealing of Plaintiff's paternity and continuation of civil rights violations, any applicable statutes of limitations are tolled.

///

///

///

## FIRST CAUSE OF ACTION

### (VIOLATION OF FEDERAL CIVIL RIGHTS –FREE SPEECH, UNREASONABLE SEARCH & SEIZURES, JUDICIAL DECEPTION, MALICIOUS PROSECUTION, DUE PROCESS, PATERNITY, AND CONSPIRACY - 42 U.S.C. §§ 1986, 1985)

### (By Plaintiff Against All Individual Defendants)

20.     Plaintiff refers to and repleads each and every allegation contained in paragraphs 1 through 19 of this complaint, and by this reference incorporates the same herein and makes each a part hereof.

21.     This action at law for money damages arises under Title 42 U.S.C. §1986, 1985 and the United States Constitution, the laws of the State of California and common law principles to redress a deprivation of state law of rights, privileges and immunities secured to Plaintiff by said statutes, and by the First, Fourth, and Fourteenth Amendments of the United States Constitution.  The defendant, Beverly Walker having knowledge of the wrongs conspired to be done, neglected or refuses to aid the plaintiff, William McGrann.  Furthermore, the defendant, Beverly Walker participated in the aforementioned wrongful acts.

22.     Commencing at or about the aforementioned date and place, without lawful cause or justification, defendants, Beverly Walker, and DOES 1-10 and each of them, intentionally and maliciously deprived Plaintiff of rights secured to him against unreasonable searches and seizures, retaliatory action and unjustified force by the First, Fourth, and Fourteenth Amendments to the United States Constitution.

23.     Defendants, and each of them, entered into a meeting of minds to falsely accuse Plaintiff of crimes known by defendants not to have been committed by Plaintiff, to wit, violation of various California Family Code(s), carried out and perpetrated the mutually supportive unlawful conspiracy to deprive Plaintiff his rights against unreasonable searches and seizures, due process, a fair trial and freedom from groundless criminal prosecutions by participating in a mutually supportive, corrupt effort to fraudulently convict Plaintiff on false charges manufactured and supported by defendants.  Defendants, and each of them, engaged in multiple acts in furtherance of said conspiracy by preparing materially false reports, probable cause declarations, false and misleading statements to law enforcement and judicial officers.

24.     As a proximate result of the aforesaid acts and omissions of Defendants and each of them, Plaintiff sustained great physical and mental pain, together with shock to his nervous systems, great fear, anxiety, torment degradation, emotional distress, loss of consortium with his child(s) and or loss of society and companionship with his child(s).

25.     By reason of the aforementioned acts and omissions of Defendants, and each of them, Plaintiff incurred medical, therapeutic, legal, investigative and other expenses in an amount as proved.

26.     The aforementioned acts and omissions of Defendants were committed by each of them knowingly, willfully and maliciously, with the intent to harm, injure, vex, harass and oppress Plaintiff with conscious disregard of Plaintiff's constitutional rights and by reason thereof, Plaintiff seeks punitive and exemplary damages from Defendants, and each of them, in an amount as proved.

## SECOND CAUSE OF ACTION

## (VIOLATION OF AMERICANS WITH DISABILITIES ACT - 42 U.S.C. §§ 12101, 12203 et. Seq.)

### (By Plaintiff Against All Individual Defendants)

27.    Plaintiff refers to and repleads each and every allegation contained in paragraphs 1 through 26 of this complaint, and by this reference incorporates the same herein and makes each a part hereof.

28.    Defendant, Beverly Walker and Does 1-10 is at all times mentioned herein are party(s) with direct knowledge of violations of  the Americans with Disabilities Act (42 U.S.C. §§ 12101, 12203 et. Seq.) by purposely filling and participating in the aforementioned various acts.  To wit, the Defendant(s) has willfully and maliciously filled in the Superior Court of California, County of Butte for a domestic violence restraining order because she knew his physical disabilities and correlating poverty would severely prejudice and or probably prevent him from personally appearing in said court.  Thereby denying him his due process rights and liberties guaranteed under the 14th amendment.

///
///
///
///
///
///
///
///
///
///

## THIRD CAUSE OF ACTION

### (VIOLATION OF CAL. CIVIL CODE § 49(a) CHILD ABDUCTION
### (By Plaintiff Against All Individual Defendants)

29.    Plaintiff refers to and repleads each and every allegation contained in paragraphs 1 through 28 of this complaint, and by this reference incorporates the same herein and makes each a part hereof.

30.    Defendant, Beverly Walker and Does 1-10 is at all times mentioned herein are party(s) with direct knowledge of violations of the California Penal Code 278 (child abduction) and the civil tort equivalent Cal. Civil Code § 49(a), committed and carried out against the plaintiff, William McGrann.

31.    Defendant, Beverly Walker and Does 1-10 is at all times mentioned herein willfully and maliciously conspired and carried out crimes to deprive the plaintiff, William McGrann of his unborn child(s) in direct violation of his 14th amendment to liberty, paternity, and California Civil Code § 49(a) which forbids the abduction or enticement of a child from a parent, or from a guardian entitled to its custody.   The Defendants, each of them, then willfully and maliciously planned, conspired, and harassed the plaintiff to discourage him from pursuing his lawful interest in his own family without just cause to do so.

32.    Defendant, Beverly Walker and Does 1-10,  As a proximate result of the aforesaid acts and omissions of Defendants and each of them, Plaintiff sustained great physical and mental pain, together with shock to his nervous systems, great fear, anxiety, torment degradation, emotional distress, loss of consortium with his child(s) and or loss of society and companionship with his child(s).

## **PRAYER**

WHEREFORE, Plaintiff pray judgment against Defendants and each of them, as follows:

AS TO EACH CAUSE OF ACTION AS APPLICABLE

1. For General damages according to proof;

2. For Special damages according to proof;

3. For Punitive damages as provided by law, in an amount to be proved against each individual Defendant;

4. For attorney's fees pursuant to 42 U.S.C § 1988;

5. For Costs of suit;

6. For such other and further relief as the Court may deem proper.


William L. McGrann
(Plaintiff Pro Se')


## **PLAINTIFF'S JURY DEMAND**

Plaintiff hereby demands a trial by jury.


William L. McGrann
(Plaintiff Pro Se')