JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:20-cv-01447-JLS-DFM										Date:  September 22, 2021
Title:  William Lawrence McGrann v. Beverly McGrann Walker et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:		ATTORNEYS PRESENT FOR DEFENDANT:

Not Present						Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

On August 30, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction.  (*See* OSC, Doc. 28.)  Plaintiff failed to respond to the Court's Order.

Accordingly, the Court DISMISSES this action for lack of subject matter jurisdiction under 28 U.S.C. § 1367.

Initials of Deputy Clerk: mku